**Gary SOLOMON, Plaintiff–Appellant,**

**v.**

**BANK OF AMERICA HOME LOANS; et al., Defendants–Appellees.**

**No. 10–17663.**

United States Court of Appeals, Ninth Circuit.

Submitted June 15, 2011.*

Filed June 28, 2011.

Kurt Harris, Esquire, Carrie E. Hurtik, Hurtik Law Offices, Las Vegas, NV, for Plaintiff–Appellant.

Jacob D. Bundick, Esquire, Ariel Edward Stern, Esquire, Akerman Senterfitt

LLP, Las Vegas, NV, for Defendants–Appellees.

Before: CANBY, O'SCANNLAIN and TALLMAN, Circuit Judges.

MEMORANDUM **

Plaintiff-appellant Gary Solomon appeals the district court's denial of his request for preliminary injunctive relief against defendants-appellees. Our jurisdiction is governed by 28 U.S.C. § 1292(a)(1). We dismiss the appeal as moot.

The district court denied Solomon's request for a preliminary injunction seeking to stay foreclosure proceedings. After Solomon filed this appeal, the district court issued a final judgment dismissing the underlying action against all defendants. We determine questions of mootness in light of the present circumstances. *Mitchell v. Dupnik,* 75 F.3d 517, 528 (9th Cir.1996). Because the facts and circumstances supporting the preliminary injunction application have materially changed, we cannot grant the requested relief. *Doe and Associates Law Offices v. Napolitano,* 252 F.3d 1026, 1029 (9th Cir.2001) (holding that dismissal of underlying action renders moot the district court's denial of preliminary injunctive relief). Accordingly, this appeal is moot.

**DISMISSED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.